FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED                    ENTERED
LODGED                   RECEIVED

AUG 21 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

STEVEN WAYNE HARRIS #292-863

Maryland Reception Diagnostic and Classification Center

550 East Madison Street

Baltimore, maryland 21202

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. RJM-07-2226
(Leave blank.  To be filled in by Court.)

James Malone

Office of the Public Defender

253 North Mechanic Street

Cumberland, maryland 21502

(Full name and address of the defendant(s))

COMPLAINT

I.     Previous lawsuits

A.     Have you filed other cases in state or federal court dealing with the same facts as in this
       case or against the same defendants?

              YES [  ]      NO [X]

B.     If you answered YES, describe that case(s) in the spaces below.

       1.     Parties to the other case(s):

              Plaintiff: _____

1983 Complaint (Rev. 2/18/2005)

Defendant(s): _____

2.  Court (if a federal court name the district; if a state court name the city or

county): _____

3.  Case No.: _____

4.  Date filed: _____

5.  Name of judge that handled the case: _____

6.  Disposition (won, dismissed, still pending, on appeal): _____

_____

7.  Date of disposition: _____

## II.  Administrative proceedings

A.  If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES [  ]      NO [X]

1.  If you answered YES:

a.  What was the result? _____

_____

b.  Did you appeal to the Commissioner?

YES [  ]      NO [X]

2.  If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the

Commissioner. _Because this is against an individual outside of the Insstitution._

3.    Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

         YES [ ]       NO [X]

4.    If you answered YES, explain what you filed and what was the result.

_____

_____

_____

B.    If you are <u>not</u> in a Division of Correction facility, is there a grievance procedure at your institution?

         YES [ ]       NO [ ]

If your answer is YES:

1.    Did you file a grievance?

         YES [ ]       NO [ ]

2.    If you filed a grievance what was the result? _____

_____

3.    If you did not file a grievance explain why not? _____

_____

III.   **Statement of claim**
(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each
defendant did or how he/she is involved.  If you are making a number of related claims,
number and explain each claim in a separate paragraph.)

On may 4th, 2007 I was arrested on a warrant because
I was accussed of molesting my frances (4) year old son
by her ex-boyfriend who Is Jealouse of me and don't want me
arand. I was taken into custody and upon my bail reveiw
I was incarcerated at the Alleghery County Dention center
untill my Preliminary hearing on may 24th. I was Represented
by A mr. James malone of the office of the Public
defender. On may 23rd, mr. malone came to visit me. After

IV.   **Relief**
(State briefly what you want the Court to do for you)

I'm asking for `100,000 in damages both emotionally,
and for the property, Job, freedom that I lost.

SIGNED THIS 16th day of August, 2007.

_____Steven Wayne Damo_____
(original signature of plaintiff)

Steven Wayne Harris # 292-863

Maryland Reception Diagnostic and Classitication center
550 East madison street
Baltimore, maryland 21202
(address of plaintiff)

(2)

telling him that there was no proof, that I was set-up by my frances Jealous Ex-boyfriend and his sister who is on drugs; mr. malone said that he believed me and that this Sort of thing happens A lot. He Said that with this type of case; however; it could go any direction. He did not leave me much hope. The day of my preliminary; mr. malone saw me for not even one minute. He said that we are going for A trial and A plea bargain instead. He also stated that the State would dismiss all charges and just give me the (30) days for A 4th degree Sex offense. The Judge added Some huge Stipulations. The biggest one was I had to register As A sex offender for ten years. Its funny that mr. malone forgot to mention this before. I only took the deal, because I wanted out of Jail. Also that state had no evidence against me, and so because they cut me A deal, I made them mad. So here comes Stipulations; inwhich; I have A 4th degree misdemeanor. I should have not had to register as A sex offender.

On July 2nd I was picked up on a body attachment warrant for A parole violation, because I was convicted of A new charge, (the sex offense). On July 23rd I went back to court on A motion to revise, (to have my name removed from the sex registery), but my lawyer once again did not say too much or represent me to well.

As a result of my parole being now revoked, I have to back up five years from A Reckless Endangerment charge I caught in the year 2000. I lost my Job at Pizza Hut and I lost my apartment at the Boarding house I was staying at. By law, since I was paying rent weekly, they are entitled to throw my belongnings out. Since I got arrested that is what had happened. I own A T.V with DVD player combo, clothes, two microwaves, file cabinet, CD player.

collectibles, furniture and too much other things too, there now are gone. I have nothing left. I even lost my freedom again because my lawyer who said he believed in me acted as if he did not. Since may 4th my life has been an emotional roller coaster. It would of never gotten this far, if mr. malone would of properly done his Job. I would of never had to lose valuable property that took me A long time to collect, my Job and my apartment along with my freedom. It is my constitutional right to have legal representation; but instead I was manipulated and even used.